UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK A. DOZIER,<br><br>    Petitioner,<br><br>v.<br><br>STUART SHERMAN, Warden,<br><br>    Respondent. | Case No. 16-01738 BLF (PR)<br><br>**ORDER DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY**<br><br>(Docket No. 25) |

On April 13, 2018, the Court denied the instant petition for writ of habeas corpus on the merits, and also denied a Certificate of Appealability ("COA") in the same order. (Docket No. 21 at 48.) For the same reasons stated in that order, Petitioner's post-judgment application for a COA is DENIED. (Docket No. 25.) Petitioner may seek a COA from the Court of Appeals under Rule 22 of the Federal Rules of Appellate Procedure. *See* Rule 11(a) of the Rules Governing Section 2254 Cases.

This order terminates Docket No. 25.

**IT IS SO ORDERED**.

Dated: June 5, 2018

BETH LABSON FREEMAN
United States District Judge

Order Denying COA
P:\PRO-SE\BLF\HC.16\01738Dozier_deny.COA